IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| THEODORE EDWARD MOODY | § | |
| V. | § | CIVIL ACTION NO. 9:06CV221 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Judith K. Guthrie by Order of the Court. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. Petitioner also filed his written objections. This Court made a *de novo* review of the objections, finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court

**ORDERS** that Petitioner's suit is **DISMISSED** with prejudice and Petitioner is hereby **DENIED** a certificate of appealability. All motions by either party not previously ruled on are **DENIED.**

So **ORDERED** and **SIGNED** this **7**  day of **April, 2007.**

_____
Ron Clark, United States District Judge